# Exhibit A

| Case Name | Docket Number |
|---|---|
| Abshire, Shamala | 1:21cv00170-RWS |
| Acevez, Robert | 1:21cv00819-RWS |
| Adams, Barbara | 1:19cv04884-RWS |
| Adams, Diane | 1:18cv00070-RWS |
| Ainslie, Mona | 1:19cv02822-RWS |
| Albarran, Miguel | 1:20cv02723-RWS |
| Alexander, Linda | 1:18cv02961-RWS |
| Allen, Darlene | 1:19cv02183-RWS |
| Almazan-Cortes, Hilario | 1:18cv05269-RWS |
| Anderson, Julie | 1:17cv05034-RWS |
| Anderson, Melissa | 1:18cv02615-RWS |
| Andrews, Paula D. | 1:17cv03491-RWS |
| Annett, Lizzey | 1:17cv02192-RWS |
| Apodaca, Arlina | 1:18cv00823-RWS |
| Arney, Jonathan Lee | 1:20cv00656-RWS |
| Arroyo, Lori | 1:18cv00865-RWS |
| Arscott, Michael J. | 1:19cv00770-RWS |
| Atkinson, Kevin | 1:20cv02824-RWS |
| Atwell, Mel | 1:21cv01881-RWS |
| Bady, James | 1:21cv00596-RWS |
| Baker, Kevin | 1:20cv02362-RWS |
| Ball, Nancy & Woodrow | 1:17cv04684-RWS |
| Ballenger, Susan | 1:18cv03891-RWS |
| Ballinger, Doris & Kenneth | 1:18cv00130-RWS |
| Barber, William | 1:20cv04020-RWS |
| Barnes, Crystal | 1:17cv03073-RWS |
| Barnes, Darlene C. | 1:19cv03141-RWS |
| Barrientos, Barbara & Raymond | 1:18cv04467-RWS |
| Barris, Joseph & Jacqueline | 1:17cv03629-RWS |
| Bartley, Jimmy | 1:20cv00399-RWS |
| Bass, Dynesha | 1:18cv01629-RWS |
| Bateman, Lynette | 1:20cv03819-RWS |
| Batts, Melicia | 1:18cv02456-RWS |
| Baum, Sharon | 1:18cv00183-RWS |
| Bautista, Viola | 1:19cv03139-RWS |
| Beaver, Matthew, Administrator of the Estate of Beaver, Mark | 1:19cv00082-RWS |
| Beebe, Thomas & Beldia | 1:17cv04031-RWS |
| Bejarano, Maria | 1:18cv02834-RWS |
| Bellas, Albert | 1:20cv04898-RWS |
| Bennett, Tiffany | 1:18cv02572-RWS |
| Benware, Barbara J. & Sidney | 1:19cv00027-RWS |
| Beyzer, Inna | 1:20cv00608-RWS |

| | |
|---|---|
| Bishop, Kay | 1:19cv03547-RWS |
| Blackburn, Willard Hugh | 1:17cv04873-RWS |
| Blanks, Melana | 1:19cv00006-RWS |
| Blevins, Linda | 1:21cv01884-RWS |
| Blish, Janice | 1:19cv00663-RWS |
| Boost, Walter | 1:19cv01019-RWS |
| Bosley, Robin | 1:17cv04297-RWS |
| Bosworth-Deichert, Joanne | 1:18cv04040-RWS |
| Bothel, Shannon | 1:20cv04722-RWS |
| Bourgeois, Rochelle | 1:18cv00104-RWS |
| Boutwell, Betty & Richard Sr. | 1:19cv02965-RWS |
| Bowen, Greg | 1:18cv03437-RWS |
| Boyce, James & Donna | 1:21cv01901-RWS |
| Bracken, Gary | 1:19cv01347-RWS |
| Bradbury, Vance | 1:18cv03830-RWS |
| Bradford, Vicki | 1:18cv02360-RWS |
| Brannen, Keja | 1:19cv00061-RWS |
| Brauner, Kenneth & Gina | 1:19cv01079-RWS |
| Brian, Barbara Ann | 1:18cv01306-RWS |
| Bridges, Trinity & Loren | 1:19cv03683-RWS |
| Brindley, Robert & Belinda | 1:18cv01705-RWS |
| Britt, Gordon | 1:19cv01941-RWS |
| Brooks, Joan | 1:19cv04377-RWS |
| Brooks, Terry and Shelby | 1:20cv04097-RWS |
| Brown, Dennis & Elizabeth L. | 1:18cv02054-RWS |
| Brown, George G. | 1:20cv04644 -RWS |
| Brown, James A. | 1:20cv05264-RWS |
| Brown, Ronald J. | 1:18cv04392-RWS |
| Brown, Vicki | 1:21cv01664-RWS |
| Brown, Wilbur B. & Lisa | 1:18cv00389-RWS |
| Browne, Jesse | 1:21cv01703-RWS |
| Brown-Mohamed, Rhonda | 1:18cv02495-RWS |
| Brumfield, Tracey | 1:21cv01574-RWS |
| Bruni, Jeffrey & Diana | 1:19cv03991-RWS |
| Bullock, Lisa | 1:19cv00121-RWS |
| Bunch, Christopher Patrick & Alyson | 1:19cv03175-RWS |
| Buracker, Barbara | 1:18cv03565-RWS |
| Burgy, Lynda G. | 1:20cv01068-RWS |
| Burl, Ronnie | 1:17cv02315-RWS |
| Burney, Mary & Rickey | 1:17cv04678-RWS |
| Burns, Robert | 1:20cv00710-RWS |
| Burr, William C. | 1:19cv04454-RWS |
| Burrage, Rebecca | 1:20cv05033-RWS |
| Burrell, Cheryl | 1:21cv01627-RWS |

| | |
|---|---|
| Burris, David | 1:21cv01913-RWS |
| Busby, Dejuanna | 1:17cv04993-RWS |
| Bush, John | 1:18cv01671-RWS |
| Bush-Forte, Alicia | 1:20cv04119-RWS |
| Button, Sandra | 1:18cv05055-RWS |
| Cahill, Michael P. & Melissa M. | 1:18cv00352-RWS |
| Calhoun, Harry III | 1:21cv01024-RWS |
| Callahan, Jeffrey Alan | 1:21cv00929-RWS |
| Callahan, Lucinda | 1:20cv00371-RWS |
| Campagnolo, Mark | 1:18cv01075-RWS |
| Campbell, Bernard | 1:20cv01605-RWS |
| Campbell, Cynthia | 1:18cv00464-RWS |
| Campbell, Gary | 1:18cv05525-RWS |
| Canady, Violet J. | 1:17cv04446-RWS |
| Cannon, Chemairer | 1:19cv03246-RWS |
| Cannup, Deborah | 1:19cv00507-RWS |
| Capel, Diane | 1:20cv03462-RWS |
| Caraway, John B. | 1:20cv03012-RWS |
| Carino, Dedee | 1:20cv01218-RWS |
| Carr, Geraldine | 1:18cv03644-RWS |
| Carrow, Brice | 1:20cv00683-RWS |
| Carver, David M. & Yenny | 1:17cv03716-RWS |
| Case, Peggy | 1:18cv05682-RWS |
| Cecchini, Charles | 1:18cv02489-RWS |
| Cerda, Gerardo | 1:21cv01055-RWS |
| Chapell, James R. | 1:19cv00063-RWS |
| Chapman-White, Shelia | 1:18cv00232-RWS |
| Chappel, William & Beverly R. | 1:19cv00035-RWS |
| Chaves, Maria | 1:20cv04072-RWS |
| Ciaravolo, Frank | 1:18cv01362-RWS |
| Clark, Sarah | 1:18cv02444-RWS |
| Clarke-Reid, Dora T. | 1:19cv01393-RWS |
| Clayton, Ashley | 1:20cv00997-RWS |
| Cleckler, John & Kalynda | 1:17cv05079-RWS |
| Clements, Cynthia | 1:19cv02568-RWS |
| Cody, Raymond | 1:21cv00860-RWS |
| Coffman, Kimberly | 1:17cv05351-RWS |
| Cole, Bruce S. | 1:17cv05073-RWS |
| Colon, Luz | 1:20cv01451-RWS |
| Combs, Darrell | 1:18cv00369-RWS |
| Conary, Brandi | 1:18cv00653-RWS |
| Connell, Robert | 1:18cv05936-RWS |
| Conner, Joangela | 1:18cv01378-RWS |
| Conrad, Raymond | 1:17cv04948-RWS |

| Name | Case Number |
|---|---|
| Cooley, Tadzia D. | 1:18cv04902-RWS |
| Cooper, Jack | 1:18cv00181-RWS |
| Copeland, Robert | 1:19cv01020-RWS |
| Coppock, Tom | 1:18cv01589-RWS |
| Correa, Arcadia & Cristobel | 1:19cv01534-RWS |
| Costello, John B. & Sophie | 1:20cv04993-RWS |
| Couldry, Theresa | 1:20cv00767-RWS |
| Cousens, Raymond | 1:19cv01696-RWS |
| Craig, Leslie | 1:20cv01846-RWS |
| Crane, James D. | 1:19cv04585-RWS |
| Craney, Joy Jeanette | 1:18cv02502-RWS |
| Creahan, James | 1:17cv03142-RWS |
| Creech, Floria & Robert | 1:20cv00826-RWS |
| Crofford, Carolyn, Individually and as Administrator of the Estate of Crofford, Geary D. | 1:20cv03158-RWS |
| Cross, Judith | 1:19cv02402-RWS |
| Cuevas, Rita & Dale | 1:18cv05455-RWS |
| Culverson, Ann E. | 1:19cv02628-RWS |
| Dabill, Richard | 1:18cv04081-RWS |
| Dailey, Charles & Karen | 1:18cv03062-RWS |
| Danek, Steven G. & Kristie J. | 1:19cv01886-RWS |
| Danley-Crook, Julie | 1:17cv04875-RWS |
| Davis, Kristy | 1:20cv00183-RWS |
| Davis, Ranee | 1:18cv05413-RWS |
| Davis, Sylvester | 1:18cv00264-RWS |
| DeBerardinas, William | 1:18cv01548-RWS |
| DeBord, Robert & Cynthia A. | 1:19cv00007-RWS |
| DeCoteau, Rosena | 1:18cv05446-RWS |
| Deeg, Dana & Kenneth | 1:21cv00236-RWS |
| Deihl, Chrystal | 1:19cv05407-RWS |
| Dellofano, Rae Marie | 1:18cv04955-RWS |
| DePina, Marie | 1:19cv00383-RWS |
| Dickson, Lori & Thomas | 1:17cv02236-RWS |
| Dimino, Leonard | 1:18cv00416-RWS |
| Dingey, Thomas | 1:19cv03159-RWS |
| Dobbin, Thomas & Jennifer | 1:18cv02148-RWS |
| Dolgas, Michael | 1:19cv02384-RWS |
| Donart, Jenny | 1:19cv01624-RWS |
| Dorzinsky, Roxanne | 1:18cv04174-RWS |
| Dudley, Jefferson & Beverly B. | 1:17cv04616-RWS |
| Dunlap, Linda | 1:20cv04100-RWS |
| Dye, Garrick & Pamela | 1:17cv04686-RWS |

| | |
|---|---|
| Edwards, Kathy, Individually and for the Estate of William Stanley Edwards | 1:17cv02324-RWS |
| Efird, Sheila | 1:19cv03893-RWS |
| Elliott, Dakota | 1:18cv05941-RWS |
| Eodice, Peter | 1:20cv01844-RWS |
| Erickson, Peter, Personal Representative of the Estate of Erickson, Catherine | 1:19cv04949-RWS |
| Escobar, Beverly | 1:20cv00998-RWS |
| Espling, Elizabeth A. | 1:18cv04170-RWS |
| Ethridge, Ladondra | 1:17cv05145-RWS |
| Fairlie, Scott | 1:19cv02856-RWS |
| Fallon, Bernard | 1:19cv05242-RWS |
| Fancher, Bertis Glen | 1:20cv03598-RWS |
| Farmer, Matthew J. | 1:17cv04579-RWS |
| Farr, Victoria | 1:18cv02400-RWS |
| Farrell, John | 1:19cv01092-RWS |
| Fedele, Carolyn | 1:18cv01556-RWS |
| Fernandez, Florencio R. & Acosta, Sarah D. | 1:20cv04560-RWS |
| Ferrara, Suzzanne | 1:18cv02723-RWS |
| Fiame, Ario | 1:17cv04599-RWS |
| Fields, Colleen | 1:18cv01165-RWS |
| Figueroa, Glenda | 1:19cv01531-RWS |
| Filipovic, Sasa | 1:19cv03190-RWS |
| Fink, Marianne | 1:20cv01485-RWS |
| Fisher, Irene | 1:17cv02251-RWS |
| Fletcher, Allen & Shirley | 1:19cv01530-RWS |
| Flowers, Christopher as administrator of the estate of Jasmine Flowers | 1:19cv03876-RWS |
| Forbes, Jennifer | 1:19cv03763-RWS |
| Francis, Eleanor | 1:20cv03823-RWS |
| Francoeur, Margaret | 1:21cv01195-RWS |
| Franklin, Connie & Marvin | 1:17cv02080-RWS |
| Freeman, Angenette | 1:20cv02866-RWS |
| Frier, Barbara | 1:19cv02284-RWS |
| Fullum, Christy | 1:20cv01229-RWS |
| Gaitor, Virginia | 1:19cv05374-RWS |
| Gallipeau, Dennis | 1:19cv02508-RWS |
| Gallus, Stanley | 1:19cv04606-RWS |
| Gardner, Christina | 1:19cv01910-RWS |
| Garitone, Anthony | 1:21cv00821-RWS |
| Garmany, Jackie & Kimberly | 1:20cv03167-RWS |
| Garza, Maria | 1:18cv05587-RWS |

| Name | Case Number |
|---|---|
| Gentz, Angelina | 1:18cv01418-RWS |
| Germez, Elizabeth | 1:19cv00202-RWS |
| Gerow, Colleen M. | 1:21cv00826-RWS |
| Gibbon, Roger | 1:19cv01304-RWS |
| Gibbs, Curtis | 1:18cv01759-RWS |
| Gibson, Felicia M. | 1:21cv00883-RWS |
| Giese, Pamela J. | 1:21cv00838-RWS |
| Gill, Leona | 1:18cv00434-RWS |
| Gillespie, Peggy | 1:18cv01458-RWS |
| Glover, Ty-Yivri | 1:18cv02612-RWS |
| Godfrey, Mary | 1:18cv02378-RWS |
| Gomes, William | 1:17cv04787-RWS |
| Gomez, Alice Z. | 1:19cv00057-RWS |
| Goodin, Billy Ray, Individually and as Personal Representative of the Estate of Ronda Kay Goodin | 1:18cv00508-RWS |
| Gowen, Lynn & Michael | 1:18cv00390-RWS |
| Graham, Carl | 1:18cv02389-RWS |
| Gray, Donna S. | 1:18cv02431-RWS |
| Green, Ava Lynn | 1:19cv02610-RWS |
| Grey, John III | 1:19cv05539-RWS |
| Griffin, Clyde A. | 1:18cv05105-RWS |
| Griffin, Lannia & Jesse | 1:17cv04006-RWS |
| Griffith, Brenda | 1:19cv00548-RWS |
| Grimmage, Mia | 1:19cv04841-RWS |
| Groshong, La-Shon | 1:21cv00099-RWS |
| Gross, Laura | 1:18cv02036-RWS |
| Gryka, Michelle | 1:18cv04160-RWS |
| Grzunov, Edward & Marcelle | 1:17cv03554-RWS |
| Guinn, Donald | 1:21cv00387-RWS |
| Gulledge, Jennifer | 1:18cv00149-RWS |
| Gurney, Allan | 1:18cv00855-RWS |
| Gutierrez, Maria & Abel | 1:19cv03267-RWS |
| Hall, Tommy Dale | 1:19cv01779-RWS |
| Halupke, Andrew | 1:17cv05329-RWS |
| Halverson, Dan | 1:20cv00462-RWS |
| Hampton-Campbell, Lois | 1:19cv03533-RWS |
| Hanes, Philip | 1:18cv00166-RWS |
| Hann, Mary Ann | 1:21cv00706-RWS |
| Hannahs, Maryanne | 1:19cv05235-RWS |
| Hanson, Amber | 1:21cv01547-RWS |
| Hardin, Suzanne H. | 1:19cv00034-RWS |
| Hare, Max | 1:18cv01835-RWS |
| Hargis, William | 1:20cv04128-RWS |

| Name | Case Number |
|---|---|
| Harper, Connie | 1:18cv00451-RWS |
| Harper, Orlando & Misti | 1:18cv05705-RWS |
| Harris, Tony | 1:18cv00188-RWS |
| Hassell, Jeri & Paul | 1:19cv02964-RWS |
| Hastings, Leonard T. | 1:18cv01276-RWS |
| Haug, Heather & John | 1:17cv02231-RWS |
| Haupt, Carole Ann & Geoffrey | 1:19cv03659-RWS |
| Hawkins, Demetrius | 1:18cv04195-RWS |
| Hays, William | 1:19cv01145-RWS |
| Haywood, Antwyne | 1:17cv04004-RWS |
| Heather, James | 1:18cv04051-RWS |
| Heck, Mary L. | 1:20cv04886-RWS |
| Heitz, Bradley & Lauren | 1:18cv04129-RWS |
| Henderson, Cecelia & Glenn | 1:18cv05327-RWS |
| Henderson, Tawana & Jason | 1:18cv01901-RWS |
| Hendrix, Africa | 1:20cv01501-RWS |
| Henry, Ondre | 1:20cv02733-RWS |
| Henson, Roger | 1:19cv01715-RWS |
| Herron, Cynthia | 1:20cv04050-RWS |
| Herslip, Kenneth & Jenelle | 1:18cv00923-RWS |
| Hester, Doris | 1:18cv00180-RWS |
| Hicks, John R. & Kathy | 1:18cv05316-RWS |
| Hiebert, Leslie | 1:21cv01386-RWS |
| Hill, Audie | 1:20cv00184-RWS |
| Hill, Debra | 1:21cv01798-RWS |
| Hill, Joann | 1:20cv03222-RWS |
| Hirst, Rose & Walter | 1:20cv04143-RWS |
| Hitt, Benjamin | 1:20cv02967-RWS |
| Hodge, Robert | 1:17cv03517-RWS |
| Hodgeman, Rockie & Mary June | 1:19cv04667-RWS |
| Hoffman, Carolyn Ruth | 1:18cv03850-RWS |
| Hoffman, Jeanna | 1:20cv00020-RWS |
| Holcombe, Crystal | 1:18cv00599-RWS |
| Holden, Mary Ann & Clark J. | 1:20cv02628-RWS |
| Holliday, Tina | 1:20cv04123-RWS |
| Hollingsworth, Nancy | 1:19cv03822-RWS |
| Hollins-Harris, Mavis Jean | 1:21cv01940-RWS |
| Hope, Deanna | 1:18cv04667-RWS |
| Horton, David | 1:18cv03118-RWS |
| Horton, Robert | 1:18cv02539-RWS |
| Horton, William S. | 1:18cv00067-RWS |
| Houseknecht, Natalia | 1:20cv01372-RWS |
| Howard, Trisha | 1:19cv05542-RWS |
| Howe, Nancy M. & Denis | 1:19cv01465-RWS |

| | |
|---|---|
| Howell, Debra | 1:18cv02115-RWS |
| Howerton, Babette | 1:18cv01648-RWS |
| Hubner, Ann | 1:20cv01173-RWS |
| Huddleston, Michele | 1:17cv05350-RWS |
| Hulst, Nicole | 1:18cv03983-RWS |
| Humphrey, Tony Andre & Paula | 1:19cv01781-RWS |
| Hunter, Scott W. | 1:17cv04640-RWS |
| Hurley, Edward Michael | 1:17cv04897-RWS |
| Hurt, George | 1:19cv02753-RWS |
| Huttemeyer, Arthur & Natthavita | 1:18cv01888-RWS |
| Ingles, Donna & Dan | 1:20cv04883-RWS |
| Ionescu, Melissa | 1:19cv05004-RWS |
| Jackson, Jr., Fred R. & Mary J. | 1:19cv00011-RWS |
| Jacobs, Brea | 1:19cv02370-RWS |
| James, Sheri Anne | 1:17cv02657-RWS |
| Jarvis, Sally & Michael | 1:21cv00980 -RWS |
| Jefferson, Dessa & Henry J. | 1:18cv02493-RWS |
| Jeffrey, Kathy | 1:19cv02671-RWS |
| Jerome, Sarah | 1:19cv02206-RWS |
| Johns, Sheila | 1:20cv05123-RWS |
| Johnson, Aretha & Square, Paul | 1:18cv05775-RWS |
| Johnson, Jay | 1:17cv02521-RWS |
| Johnson, Joseph | 1:19cv04140-RWS |
| Johnson, Jr., Kevin A. | 1:21cv00365-RWS |
| Johnson, Kamrynn | 1:19cv03395-RWS |
| Johnson, Kendra | 1:20cv01808-RWS |
| Johnson, Richard & Sharmaine | 1:20cv03955-RWS |
| Johnson, Tonja G.& Luke C., Jr. | 1:18cv05186-RWS |
| Johnson, Yurhonda | 1:17cv04688-RWS |
| Johnson-Day, Johnnie B. | 1:21cv00966-RWS |
| Jones, James Christopher | 1:21cv01616-RWS |
| Jones, Margaret & Gordon | 1:18cv02435-RWS |
| Jones, Melvina & Leslie, Lawrence | 1:18cv03650-RWS |
| Jones, Tina | 1:18cv05485-RWS |
| Jordan, Todd | 1:19cv02224-RWS |
| Jowers, Alison R. | 1:19cv04840-RWS |
| Kanaman, Amber | 1:18cv00319-RWS |
| Kauffman, William T. | 1:20cv00181-RWS |
| Kawecki, Nancy | 1:18cv03424-RWS |
| Kay, Rachel | 1:21cv01608-RWS |
| Keller, Chiquita | 1:20cv05124-RWS |
| Kennedy, Jesse | 1:17cv04689-RWS |
| Kerwer, Kristina L. & Horgan, Steven | 1:19cv05067-RWS |

| | |
|---|---|
| Kesson-Pennington, Nancy & Pennington, Jr., James E. | 1:20cv00623-RWS |
| Kettering, Paul H. | 1:21cv00884-RWS |
| Keup, Rick | 1:18cv00675-RWS |
| Key, James | 1:19cv03610-RWS |
| Kiefer, Constance & James A. | 1:18cv01627-RWS |
| Kilsdonk, Kristine | 1:17cv04890-RWS |
| King, Sarah L. | 1:20cv01471-RWS |
| Klein, Stephen & Wendy | 1:17cv04698-RWS |
| Klimek, Linda | 1:19cv04076-RWS |
| Kline, Patricia | 1:19cv02795-RWS |
| Knight, LuAnn, Administrator of the Estate of Knight, James E. | 1:18cv05041-RWS |
| Koger, Jacalyn & William | 1:18cv01478-RWS |
| Korte, Anthony | 1:20cv04379-RWS |
| Kowalski, Michael & Tina | 1:19cv01176-RWS |
| Koziski, Gail | 1:18cv03665-RWS |
| Kramer, Harvey | 1:17cv04957-RWS |
| Krnavek, Pamela | 1:18cv02440-RWS |
| Kuhn, Dennis | 1:21cv00384-RWS |
| Ladd, Anita | 1:18cv02037-RWS |
| Laidlaw, Robert F. | 1:19cv02355-RWS |
| Lane, Jody L. | 1:21cv00360-RWS |
| Langston, Martha Kaye & Reginald | 1:19cv01472-RWS |
| Lankford, Carolyn | 1:18cv02338-RWS |
| Larocco, Joseph & Linda | 1:19cv01448-RWS |
| Larrow, Lucy | 1:19cv01282-RWS |
| Lathan, Helene | 1:19cv00418-RWS |
| Lax, Jo Ann, deceased, and Terry Lax, as the executor of the estate | 1:17cv03362-RWS |
| Lemons, Kennard & Lisa | 1:19cv05570-RWS |
| Leon, Angel & DeLos-Santos, Maria | 1:18cv00167-RWS |
| Leone, Paul | 1:19cv03476-RWS |
| Levandowski, Vicki | 1:20cv01047-RWS |
| Levitz, Barbara | 1:20cv01826-RWS |
| Lewis, Charlene T. | 1:20cv02207-RWS |
| Lewis, Christy on behalf of Merritt, Donna | 1:20cv03066-RWS |
| Lewis, Randy | 1:20cv04491-RWS |
| Lewis, Robbie Victoria | 1:19cv03889-RWS |
| Lichtenberger, Eric & Jennifer | 1:18cv01369-RWS |
| Lind, George W. | 1:17cv02229-RWS |
| Lindley, Timothy | 1:21cv01654-RWS |
| Lindsey, Allen & Nicole | 1:18cv00452-RWS |

| Name | Case Number |
|---|---|
| Lockard, Jason J. | 1:20cv03469-RWS |
| Long, Mildred | 1:17cv04401-RWS |
| Lopez, Lorene | 1:19cv05608-RWS |
| Lopez, Mary | 1:21cv01827-RWS |
| Loredo, Yolanda | 1:20cv01371-RWS |
| Lorenz, Wayne & Debra | 1:18cv05942-RWS |
| Lowmiller, Daniel | 1:20cv04306-RWS |
| Lozada, Jose | 1:20cv04626-RWS |
| Lucas, Michael R. & Deborah | 4:15cv00249-RWS |
| Ludtke, Ellen K. | 1:18cv04336-RWS |
| Ludwig, John & Elaine | 1:20cv03075-RWS |
| Luparello, Michael | 1:18cv00730-RWS |
| Lynch, Joanna | 1:18cv02644-RWS |
| MacDonald, Robert | 1:18cv02614-RWS |
| Mack, Ralph | 1:19cv04036-RWS |
| Madden, Deborah | 1:21cv00989-RWS |
| Maisel, James | 1:17cv04089-RWS |
| Malkusak, Edwin | 1:18cv02276-RWS |
| Malmay, Jerry | 1:18cv00387-RWS |
| Malvacia, Alberto | 1:19cv03219-RWS |
| Malverty-Horning, Kathleen & Horning, Robin | 1:18cv03612-RWS |
| Maniaci, Ben & Debra | 1:20cv04095-RWS |
| Mann, Steve & Sharon | 1:20cv02070-RWS |
| Marcove, Gary | 1:20cv00214-RWS |
| Maria Rey, as Personal Representative of Estrella Camacho | 1:19cv05294-RWS |
| Mariosa, Lisa | 1:19cv02074-RWS |
| Marshall, Robert & Amber | 1:17cv04127-RWS |
| Marshall, Yolonda | 1:20cv04860-RWS |
| Martin, Christine & William | 1:20cv03712-RWS |
| Martin, Diane L. | 1:19cv02686-RWS |
| Martin, Dorothy A. | 1:18cv01477-RWS |
| Martin, Monique | 1:18cv05530-RWS |
| Martin, Wilahemenia | 1:20cv00986-RWS |
| Martinek, Rhonda | 1:19cv02005-RWS |
| Martinez, Deni | 1:20cv02071-RWS |
| Martinez, Noe | 1:21cv01929-RWS |
| Masterson, Michael | 1:20cv03554-RWS |
| Mathis, Richard | 1:20cv00524-RWS |
| Matthews, Jeffrey | 1:20cv04154-RWS |
| Maurer, William & Carol | 1:20cv00267-RWS |
| Maxey, Phillip Wayne | 1:20cv01839-RWS |
| Maxwell, Sean | 1:20cv04640-RWS |

| | |
|---|---|
| Mayberry, Michael R. | 1:20cv00546-RWS |
| Mayes, William & Amy | 1:20cv00303-RWS |
| Mayeux, Sherry & Tommy | 1:19cv00387-RWS |
| Maynard, Robert | 1:18cv01451-RWS |
| Mazza, Michael | 1:20cv04909-RWS |
| McConkey, Matthew | 1:20cv03953-RWS |
| McCullough, Sheli | 1:19cv02532-RWS |
| McCune, Symantha | 1:18cv00173-RWS |
| McDaniel, Terry | 1:18cv02446-RWS |
| McDaniels, Gloria G. & Von | 1:20cv04049-RWS |
| McEvers, Jessica & Jesse | 1:18cv02374-RWS |
| McFall, Wanda K. | 1:19cv02029-RWS |
| McFarland, Paula J. | 1:19cv02169-RWS |
| McGarrah, Amos & Carla | 1:18cv02136-RWS |
| McIlvane, James P. | 1:19cv01736-RWS |
| McIntyre, Gregory S., Administrator of the Estate of Sylvia Graham | 1:20cv04090-RWS |
| McKee, Gail | 1:18cv03640-RWS |
| McKee, Linda K. | 1:17cv02394-RWS |
| Mckinney, Yvette | 1:18cv03481-RWS |
| McKoy, Carolyn & John | 1:19cv03027-RWS |
| McMillen, Robin | 1:18cv01377-RWS |
| McMurray, Brenda | 1:20cv03466-RWS |
| McMurray, Corina | 1:19cv00572-RWS |
| Meade, Peggy | 1:18cv03162-RWS |
| Meadows, Lea | 1:20cv03440-RWS |
| Melchor, Judith | 1:18cv00265-RWS |
| Mendoza, Jennifer A. | 1:21cv02038-RWS |
| Menzies, Randy | 1:21cv01585-RWS |
| Metz, Raymond | 1:20cv01108-RWS |
| Miles, Abraham | 1:18cv04915-RWS |
| Miller, Beth | 1:21cv01704-RWS |
| Miller, Delmer | 1:19cv01390-RWS |
| Miller, Mary | 1:17cv02223-RWS |
| Miller, Sallie Mae, Individually and as Administrator of the Estate of Miller, Jimmy Lee | 1:19cv03184-RWS |
| Miller, Sarah | 1:21cv00635-RWS |
| Milligan-Flint, Rachel & Charles Flint | 1:21cv01057-RWS |
| Minton, Carri | 1:18cv03700-RWS |
| Mitchell, Calvin | 1:20cv03029-RWS |
| Moan, Christina M. | 1:21cv02042-RWS |
| Montgomery, Billy | 1:19cv03662-RWS |
| Moon, Leon | 1:18cv02063-RWS |

| Name | Case Number |
|---|---|
| Moore, Cheryl | 1:18cv04139-RWS |
| Moore, James | 1:18cv00555-RWS |
| Moore, Steven | 1:19cv00400-RWS |
| Moore-Hackworth, Shalmarie & Hackworth, David | 1:18cv03489-RWS |
| Morales-Rodriguez, Elba L.; Rivera-Morales, Luis Manuel; Rivera-Morales, Nilsa Marie; Rivera-Morales, Alejandro; individually and on behalf of Rivera-Garcia, Hector Manuel | 1:19cv00419-RWS |
| Morgan, Larry | 1:19cv04067-RWS |
| Morrison, Joseph | 1:20cv04724-RWS |
| Mosley, James | 1:19cv00205-RWS |
| Mosley, Tamekia | 1:18cv01435-RWS |
| Moss, Ashley | 1:18cv04200-RWS |
| Mullin, Stephen | 1:19cv00127-RWS |
| Mullins, Carl | 1:20cv01109-RWS |
| Muncy, Tammy L. | 1:19cv05546-RWS |
| Munoz, Luis | 1:18cv05911-RWS |
| Myers, Marvin | 1:18cv00731-RWS |
| Myers, Susan | 1:21cv01586-RWS |
| Najera, Linda | 1:18cv01419-RWS |
| Nelson, Lawrence D. & Maureen | 1:21cv01553-RWS |
| Nelson, Netha Lou | 1:19cv00215-RWS |
| Newboles, Betty Y. | 1:20cv03160-RWS |
| Newman, Dayna | 1:19cv01414-RWS |
| Newman, Michael & Camille | 1:20cv03792-RWS |
| Newton, Frank | 1:19cv05276-RWS |
| Nicholas, Janet | 1:18cv03239-RWS |
| Nichols, Carla | 1:17cv02208-RWS |
| Nicholson, Carlisa | 1:18cv05556-RWS |
| Nickel, Shawna | 1:20cv01639-RWS |
| Nicklous, Lisa | 1:19cv03470-RWS |
| Nimmons, Mary | 1:17cv02525-RWS |
| Norder, Joel | 1:20cv00254-RWS |
| Norland, Sherry & Clint | 1:19cv01934-RWS |
| Norton, Sr., Charles D. & Dovie S. | 1:19cv05848-RWS |
| Oberg, John | 1:17cv03250-RWS |
| Odeh, Sammy | 1:18cv02547-RWS |
| Odems, Richelle | 1:21cv00239-RWS |
| Oliver, Timothy | 1:19cv02111-RWS |
| Olley, Douglas D. | 1:18cv05934-RWS |
| Olmos, Elbert & Annette | 1:18cv02605-RWS |
| Omalley, John | 1:20cv02300-RWS |

| | |
|---|---|
| Orta, Grace | 1:17cv05234-RWS |
| Ortiz, Mary | 1:18cv02616-RWS |
| Owens, Carol | 1:18cv02571-RWS |
| Owens, Corenth | 1:17cv03360-RWS |
| Oxendine, Ronald | 1:19cv00003-RWS |
| Pace, George | 1:18cv02220-RWS |
| Page, Walter W. & Tami | 1:19cv00062-RWS |
| Paige, Christopher | 1:19cv00448-RWS |
| Paris, Mayra L. | 1:21cv01500-RWS |
| Parker, Lisa | 1:19cv00074-RWS |
| Pasciak, Gary | 1:18cv01186-RWS |
| Passley, Vanessa | 1:19cv02294-RWS |
| Patterson, Juanita & Willie | 1:18cv04177-RWS |
| Pauza, Bonifacio | 1:18cv03943-RWS |
| Payne, Gerald & Linda | 1:18cv00372-RWS |
| Peacock, Denise | 1:18cv04244-RWS |
| Pecoraro, Philip | 1:18cv04107-RWS |
| Peebles, Amber | 1:19cv01911-RWS |
| Pelfrey, Donna | 1:18cv02252-RWS |
| Pellegrino, Charles | 1:17cv05148-RWS |
| Pelnar, Rebecca | 1:20cv04624-RWS |
| Pence, Bobby Lee | 1:20cv02677-RWS |
| Pennock, Terri | 1:17cv04771-RWS |
| Perkins, Edwin | 1:20cv04823-RWS |
| Perrone, Joseph | 1:21cv01118-RWS |
| Perry, Grady | 1:21cv01801-RWS |
| Peters, Betty & John | 1:18cv01425-RWS |
| Petronella, Jeff | 1:18cv05951-RWS |
| Pigott, Patrick | 1:20cv01227-RWS |
| Pineda, Norma & Garcia, Mario | 1:18cv04474-RWS |
| Piotrowski, Deborah | 1:19cv01916-RWS |
| Pitcher, Susan | 1:18cv01269-RWS |
| Pitts, Henry G. | 1:19cv03448-RWS |
| Pixler, William | 1:19cv02343-RWS |
| Placencia, Erika | 1:18cv04532-RWS |
| Poitevien, Roland | 1:21cv01424-RWS |
| Pollard, Elizabeth & Kenneth | 1:18cv04131-RWS |
| Pollard, William | 1:17cv02607-RWS |
| Poole, James Wesley | 1:18cv02476-RWS |
| Poole, Jr., Clyde E. | 1:19cv05810-RWS |
| Popp, Tammy | 1:21cv00347-RWS |
| Potratz, Nancy | 1:18cv00548-RWS |
| Prawl, George | 1:19cv01064-RWS |
| Pritchard, Alice & Tommy | 1:18cv02114-RWS |

| Name | Case Number |
|---|---|
| Proper, Donald | 1:20cv02009-RWS |
| Putnam, Karri | 1:19cv02345-RWS |
| Quaco, Wendy & Tammy | 1:19cv04209-RWS |
| Quayle, Jason & Carol | 1:20cv04142-RWS |
| Racine, Charles | 1:17cv02238-RWS |
| Rader, Tammy | 1:19cv00579-RWS |
| Rajkovich, Joseph | 1:19CV04046-RWS |
| Ralston, Rebecca | 1:20-cv-01288-RWS |
| Ramirez, Augustine & Johnson, Gilbert | 1:18cv01461-RWS |
| Ramos, Lizzette | 1:20cv01718-RWS |
| Rankin, Russell & Rose | 1:18cv03052-RWS |
| Rapp, Aurelia & Gary | 1:20cv02451-RWS |
| Rawls, Venita | 1:18cv05015-RWS |
| Ray, Robert | 1:18cv03878-RWS |
| Reed, Elizabeth & William | 1:17cv04026-RWS |
| Reid, Cory & Tammy | 1:20cv00872-RWS |
| Reid, Maurice Gregory | 1:18cv01275-RWS |
| Reid, Susie | 1:18cv02145-RWS |
| Rescina, Raffaele | 1:17cv04145-RWS |
| Revels, Pamela | 1:20cv04284-RWS |
| Rexford, Martin | 1:18cv02603-RWS |
| Reyes, Ricardo | 1:21cv00823-RWS |
| Reynolds, Linda | 1:18cv04625-RWS |
| Reynolds, Lisa | 1:18cv01311-RWS |
| Reynolds, Rock & Donna | 1:18cv02454-RWS |
| Richelle, Donald | 1:17cv04474-RWS |
| Richendollar, Brian S. | 1:20cv02593-RWS |
| Riddle, Donna | 1:21cv00290-RWS |
| Riel, James A. | 1:21cv01514-RWS |
| Ritzer, Karen | 1:18cv02242-RWS |
| Riveiro, Dustyn Dwayne | 1:17cv05509-RWS |
| Rivera, Miguel Nunez | 1:20cv03032-RWS |
| Rivet, Michael | 1:17cv03535-RWS |
| Robinson, Derrick | 1:21cv01235-RWS |
| Robinson, Jr., Veotis | 1:18cv02578-RWS |
| Robison, Truma | 1:19cv00098-RWS |
| Roby, Shelma Kay | 1:20cv00583-RWS |
| Rocheleau, Jonathan C. & Heidi | 1:19cv00077-RWS |
| Rodgers, Camille | 1:18cv02445-RWS |
| Roelofs, Susan | 1:19cv00388-RWS |
| Roloos, Janet & Nathan | 1:20cv00588-RWS |
| Romey, Bryan & Jana | 1:19cv01087-RWS |
| Rosado-Rivera, Susan | 1:20cv05258-RWS |
| Rosario, Peggy & Anthony | 1:20cv03042-RWS |

| Name | Case Number |
|---|---|
| Rose, David | 1:19cv02555-RWS |
| Rose, Susan as the Administrator of the Estate of Eyer, Fred | 1:17cv05110-RWS |
| Roth, Michael | 1:20cv04033-RWS |
| Rowland, Kevin H. & Patricia | 1:19cv00123-RWS |
| Rueda, Robert | 1:19cv04426-RWS |
| Ruiter, Annette | 1:20cv00577-RWS |
| Rusby, JoAnn | 1:21cv00632-RWS |
| Ryan, Sr., Kevin W. & Jessica | 1:18cv02474-RWS |
| Ryder, Daniel R. | 1:17cv02201-RWS |
| Salinas, Mike | 1:18cv02175-RWS |
| Salinas, Ricky D. & Dianne | 1:20cv02123-RWS |
| Sampson, Melissa | 1:17cv04125-RWS |
| Sanders, Bridgett & Joseph | 1:20cv02970-RWS |
| Santistevan, Delfinio G. & Alice | 1:18cv05943-RWS |
| Sattler, Robin | 1:18cv01577-RWS |
| Saunders, Daryl | 1:18cv00391-RWS |
| Schaitel, Shalimar & Leonard | 1:18cv04178-RWS |
| Schnur, Jay | 1:20cv01720-RWS |
| Schultz, Loren | 1:18cv03173-RWS |
| Scott, Carolyn | 1:19cv00024-RWS |
| Scott, Sharon | 1:17cv02528-RWS |
| Sears, Richard Allen | 1:17cv02200-RWS |
| Seichter, Nancy | 1:19cv00085-RWS |
| Seidl, Debra Lynn | 1:19cv05148-RWS |
| Serrano, Matthew K. | 1:18cv05956-RWS |
| Sewell, Lillian L. | 1:19cv02360-RWS |
| Seymore, Terri | 1:17cv03928-RWS |
| Shahan, Seth Byron | 1:17cv04918-RWS |
| Shapiro, Brian | 1:19cv01078-RWS |
| Shaw, Ann | 1:18cv02519-RWS |
| Shaw, Richard C. | 1:19cv00107-RWS |
| Shearin, Alice | 1:19cv02679-RWS |
| Sheerin, Roderick | 1:18cv00349-RWS |
| Shipp, Virginia | 1:19cv03745-RWS |
| Shirzad, Mohammad R. | 1:17cv04743-RWS |
| Shockley, Ronald | 1:20cv01111-RWS |
| Shook, Douglas E. | 1:18cv02010-RWS |
| Shoopman, Crystal | 1:19cv04145-RWS |
| Shrader, Remona | 1:19cv02707-RWS |
| Siceloff, Tammy J. | 1:18cv01266-RWS |
| Sidor, Lisa Renee | 1:19cv04119-RWS |
| Siegfried, Linda | 1:21cv01322-RWS |
| Silva, Geronimo | 1:20cv00837-RWS |

| | |
|---|---|
| Silva, Richard | 1:19cv01164-RWS |
| Silvernail, Joshua | 1:19cv03691-RWS |
| Simmons, John H. | 1:17cv04009-RWS |
| Simmons, Johnny & Shirley | 1:20cv03818-RWS |
| Simons, Amy Marrie | 1:18cv02513-RWS |
| Sloan, Suzanne | 1:20cv03071-RWS |
| Smedley, James & Regina | 1:18cv00614-RWS |
| Smith, Henry J. | 1:17cv04248-RWS |
| Smith, Janell | 1:19cv00755-RWS |
| Smith, Kenneth | 1:19cv01447-RWS |
| Smith, Larry | 1:18cv02100-RWS |
| Smith, Lou Ann & Johnny Ray | 1:18cv00999-RWS |
| Smith, Vandell & Terri | 1:18cv02349-RWS |
| Snider, Cassandra Riley | 1:18cv03380-RWS |
| Solis-Augusto, Rosalie & Dennis | 1:18cv02196-RWS |
| Spataro, Mary | 1:20cv01971-RWS |
| Spencer, Daniel | 1:20cv00947-RWS |
| Spenia, Mary Susan | 1:17cv04877-RWS |
| Spoljaric, Patricia & Mark | 1:19cv02150-RWS |
| Sporn, Alan | 1:19cv01266-RWS |
| Stang, Karen | 1:19cv01161-RWS |
| Stanley, Alicia | 1:19cv01470-RWS |
| Stephens, Lee & Kelley | 1:18cv02064-RWS |
| Stephens, Sonia & Billy Ray | 1:17cv02289-RWS |
| Stephens, Terrie | 1:20cv00955-RWS |
| Stevenson-Wynn, Lathisha | 1:19cv04586-RWS |
| Stewart, Jacqueline | 1:18cv02703-RWS |
| Stewart, James & Vickie | 1:19cv02912-RWS |
| Stewart, Larry & Weber, Loretta | 1:17cv04421-RWS |
| Stewart, Tracy | 1:19cv01326-RWS |
| Storie, Charles as Administrator of the estate of Patricia Storie | 1:17cv05127-RWS |
| Stroud, Fay & Donald | 1:18cv03689-RWS |
| Stumbo, Marilyn | 1:20cv00082-RWS |
| Sueifan, Bader A. | 1:21cv01475-RWS |
| Svihlik, Thomas | 1:17cv04649-RWS |
| Sweeney, Robert | 1:18cv00590-RWS |
| Sweeney, Shawn | 1:17cv02213-RWS |
| Swinford, Paula | 1:20cv05026-RWS |
| Syed, Ghazala & Raza | 1:19cv03176-RWS |
| Sylvester, Roshare | 1:20cv04155-RWS |
| Talkington, Shannon, individually, and as Personal Representative of the Estate of Elizabeth Brady | 1:17cv02335-RWS |

| Name | Case Number |
|---|---|
| Taylor, Amy Adeline & Everett Randall | 1:18cv02009-RWS |
| Teed, Kenneth Clinton | 1:19cv04982-RWS |
| Teehee, Jason | 1:18cv02262-RWS |
| Teeter, Helen | 1:18cv02528-RWS |
| Terry, Tyanna | 1:19cv01827-RWS |
| Thiessen, Mary | 1:20cv01857-RWS |
| Thomas-Spratley, Kizzy | 1:19cv02792-RWS |
| Thompson, Judy Ann | 1:20cv02515-RWS |
| Thompson, Kim & James | 1:18cv05305-RWS |
| Tiemann, Eric & Janet G. | 1:19cv01442-RWS |
| Tombline, Darlene | 1:18cv01408-RWS |
| Tomes, Audra J. | 1:19cv04926-RWS |
| Toto, Joseph | 1:20cv03324-RWS |
| Towns, Dorian | 1:19cv04547-RWS |
| Townsend, Walter & Juli | 1:19cv02314-RWS |
| Treen, April | 1:18cv02104-RWS |
| Trotter, Cathy Earlene | 1:17cv04894-RWS |
| Tuberville, Danny | 1:19cv03344-RWS |
| Tucker, Mavis A. | 1:19cv04453-RWS |
| Turken, Edward | 1:18cv01414-RWS |
| Turner, Adel | 1:17cv05100-RWS |
| Turner, Shonell C. | 1:18cv00371-RWS |
| Turpin, Rosita | 1:21cv01652-RWS |
| Vance, James Bolan & Sandra | 1:18cv02478-RWS |
| VanDyke, Peggy I | 1:19cv00060-RWS |
| Vela, Priscilla & Gilbert | 1:18cv02067-RWS |
| Velasquez, Archie | 1:18cv04344-RWS |
| Verrecchio-Hall, Nancy | 1:19cv01136-RWS |
| Viera, Blanca & Antonio | 1:20cv02931-RWS |
| Villalobos, Victor & Bastidas, Maria | 1:18cv05440-RWS |
| Vogel, Jr., Michael | 1:20cv02402-RWS |
| Wade, Kenneth & Noreen | 1:18cv01376-RWS |
| Wade, Peggy | 1:20cv03976-RWS |
| Walker, Emily | 1:17cv02195-RWS |
| Walsh-Clark, Suzanne | 1:17cv05338-RWS |
| Walton, Kimberly | 1:19cv01895-RWS |
| Waner, Arthur | 1:18cv04108-RWS |
| Warren, Keenan | 1:20cv03276-RWS |
| Wasserman, Neil & Faith Bandklayder | 1:17cv04723-RWS |
| Waterman, Tracie | 1:18cv02251-RWS |
| Waters, Branden as Executor of Debra Waters | 1:20cv01969-RWS |
| Watring, David | 1:17cv02300-RWS |
| Watson, Lanis | 1:19cv00438-RWS |

| Name | Case Number |
|---|---|
| Weaver, James | 1:21cv01663-RWS |
| Webster, Debra E. | 1:17cv04081-RWS |
| Wedgeworth, Melissa | 1:19cv01844-RWS |
| Wells, Earnest | 1:19cv01056-RWS |
| Wells, Patricia S. | 1:18cv03554-RWS |
| West, Lavonne | 1:19cv04068-RWS |
| Wheeler, Lee | 1:18cv03041-RWS |
| Wherritt, Patrick D. & Heaton, Kathy | 1:18cv02018-RWS |
| White, Holly | 1:20cv01828-RWS |
| White, Robert | 1:18cv02613-RWS |
| White, Ronnie | 1:17cv03511-RWS |
| Whitney, Ricky | 1:18cv02377-RWS |
| Wicker, Joe | 1:20cv04913-RWS |
| Wigginton, Callie | 1:18cv01655-RWS |
| Wilcox, Robyn | 1:19cv01829-RWS |
| Williams, Delbert | 1:18cv01814-RWS |
| Williams, Jannifer | 1:20cv00247-RWS |
| Williams, Teresa | 1:18cv01396-RWS |
| Wilson, Cheryl Lee & David | 1:20cv01002-RWS |
| Wilson, Michael Wayne as Executor of the Estate of Wilson, Theresa Dawn | 1:19cv03481-RWS |
| Woester, Lisa M. | 1:18cv03652-RWS |
| Wolf, Charles | 1:20cv03978-RWS |
| Wood, Laura | 1:19cv02126-RWS |
| Woods, Bryan | 1:20cv00344-RWS |
| Woody, Jimmie H. | 1:19cv00022-RWS |
| Worrell, Michael | 1:18cv02373-RWS |
| Wright, Jason | 1:20cv00770-RWS |
| Wright, Patricia & Dana | 1:17cv02212-RWS |
| Wright, Tredana | 1:18cv03884-RWS |
| Wyhs, Bobbie | 1:19cv05300-RWS |
| Yost, Roberta J. | 1:19cv02268-RWS |
| Young, Bryan K. | 1:18cv02271-RWS |
| Young, Sharon | 1:18cv01179-RWS |
| Young, Tricia | 1:18cv03245-RWS |
| Zepeda, Joe | 1:18cv02471-RWS |
| Zuniga, Elva | 1:20cv01701-RWS |